JANUARY 18, 1960.

No. 30. OHIO EX REL. EATON *v.* PRICE, CHIEF OF POLICE. Appeal from the Supreme Court of Ohio. The motion of J. Harvey Crow for leave to present oral argument is denied. MR. JUSTICE STEWART took no part in the consideration or decision of this motion.

No. 165. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. *v.* MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL. Certiorari, 361 U. S. 810, to the United States Court of Appeals for the Fifth Circuit. The motion to strike Items 1 and 2 of the cross-designation and amended cross-designation of parts of the record to be printed is granted. The motion to strike other portions of the cross-designation and amended cross-designation is denied without prejudice to such further order of the Court as to the taxation of costs as it may deem proper if it appears that the respondents have caused unnecessary parts of the record to be printed. Rule 36, Par. 7. *J. Hart Willis, Wayland K. Sullivan, Harold C. Heiss, Clarence E. Weisell* and *V. C. Shuttleworth* for petitioners-movants.

No. 594, Misc. NIBLETT *v.* STEINER, WARDEN ; and No. 595, Misc. BANKS *v.* STEINER, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 573, Misc. GOLDBERG *v.* McNEILL, SUPERINTENDENT OF MATTEAWAN STATE HOSPITAL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.